

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2022

No. 04-22-00742-CR

**EX PARTE** Gustavo **VELAZQUEZ-CRUZ**

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,803
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The clerk's record and the reporter's record were due to be filed in this court on October 21, 2022.  After the due date, the Zapata County District Clerk and court reporter Cynthia M. Perez filed a notification of late record.  The notices requested additional time to file the record.

The requests are **granted**.  The clerk's record has now been filed as of November 16, 2022.  The reporter's record is due on November 28, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court